HOCK LAW GROUP
By: **Michael Yucevicius**, Bar ID 022104
20 E. Thomas Road, Suite 2400
Phoenix, AZ  85012
Phone:  (602) 288-1600 ext. 307   Fax:  (602) 288-1629
Legal Assistant:  **Kelly Enriques**
e-mail:  michaely@hocklawgroup.com

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| STATE OF ARIZONA, | CR2010-0717-PHX-SRB-MB |
| Plaintiff, | **NOTICE OF CHANGE OF COUNSEL WITHIN THE OFFICE PHILLIPS & ASSOCIATES** |
| -vs- | |
| JASON CHRZANOWSKI, | Pre-Trial: 05/23/2011 |
| Defendant. | Time:  1:30PM |
| | Division: Judge Susan Bolton |

Please take notice that responsibility for representing the Defendant, Jason Chrzanowski, has been undertaken by Michael Yucevicius. The Defendant has been contacted by counsel and is aware of the change.

Defense Counsel requests that all further minute entries, motions or other matters related to this matter be directed to his attention.

RESPECTFULLY SUBMITTED this **2nd** day of November 10.

**HOCK LAW GROUP**

/S/
Michael Yucevicius
Certified Specialist in Criminal Law
by the Arizona Board of Legal Specialization

Original of the foregoing
to be e-filed this **2nd** day
of November 10 with:

The Clerk of Court
United States District Court
401 W. Washington Street
Ste. 323
Phoenix, AZ 85003-2120

A copy of the foregoing
e-mailed/delivered this
**2nd** day of November 10 to:

United States Attorney's Office
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ 85004-4408

By: **Kelly Enriques**