IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,          ) | CR 10-717-2-PHX-SRB |
|                         )            Plaintiff,                          ) | **ORDER** |
| vs.                                          ) | |
| Jason Mark Chrzanowski,      ) | |
|                         Defendant.          ) | |

The Court has reviewed Defendant's Motion to Seal Motion to Extend Plea Deadline [Doc. 136].

IT IS ORDERED denying Defendant's Motion to Seal. The motion states no factual or legal basis to seal Motion to Extend Plea Deadline.

DATED this 24th day of January, 2011.

Susan R. Bolton
United States District Judge